# EXHIBIT A

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge No(s): 563-2019-01961

and EEOC

**Name (Indicate Mr., Ms., Mrs.):** Armando Gutierrez

**Date of Birth:** [illegible]

**Street Address / City, State and ZIP Code:** c/o Dugan Schlozman LLC 8826 Santa Fe, Suite 307 Overland Park, KS 66212

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

**Name:** The Big Biscuit
**No. Employees, Members:** approx 200
**Phone No. with Area Code:** 913-766-4444
**Street Address / City, State and ZIP Code:** 7199 Metcalf Avenue Overland Park, KS 66204

**DISCRIMINATION BASED ON (Check appropriate box(es)):**
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below)

**DATE(S) DISCRIMINATION TOOK PLACE:**
Earliest: December 17, 2018
Latest: December 21, 2018
☐ CONTINUING ACTION

**THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):**

I worked for the Big Biscuit in Overland Park, Kansas, starting on approximately December 2, 2017. Management liked my work and agreed that my schedule would not include Sundays. When I learned I was HIV positive, I became very upset at work. I told management that I had cancer because I did not want to disclose my actual health condition. A few days later, I needed to get my management team to sign documentation confirming that I did not have health insurance through my employer so that I could qualify for a state program to get my medication. When I showed the documentation to my manager, I told him that I had cancer and required him to sign the form so that I could get medication. The following day, I was told that I was being transferred to a different store and that I would be required to work Sundays. I was fired when I protested the addition of Sundays to my schedule.

Management regarded me as disabled because of my health condition and sought to terminate me as a result. I seek all available damages pursuant to the ADA and fees.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** 5-13-19

**Charging Party Signature:** [signature]

NOTARY — When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

[Stamp: 2019 MAY 14 AM 9:09]