THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARMANDO GUTIERREZ,<br><br>                          Plaintiff,<br>v.<br><br>THE BIG BISCUIT COMPANY, LLC<br><br>And<br><br>BBR OVERLAND PARK, LLC<br>                          Defendants. | Case No. 2:19-cv-02687-KHV-ADM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

**DUGAN SCHLOZMAN LLC**


 /s/ *Mark V. Dugan*
Heather J. Schlozman, KS Bar # 23869
Mark V. Dugan, KS Bar # 23897
heathis@duganschlozman.com
mark@duganschlozman.com
8826 Santa Fe Drive, Suite 307
Overland Park, Kansas 66212
Telephone:  (913) 322-3528
Facsimile:   (913) 904-0213

**Counsel for Plaintiff**

2

                                **MCCAUSLAND BARRETT & BARTALOS P.C.**

                                /s/ *Molly Brown Bartalos*
                                Molly Brown Bartalos    #20703
                                Emmalee M. Terry     #25341
                                9233 Ward Parkway, Suite 270
                                Kansas City, Missouri 64114
                                (816) 523-3000/FAX (816) 523-1588
                                mbartalos@mbblawfirmkc.com
                                eterry@mbblawfirmkc.com

                                **Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 22, 2020, the foregoing was filed with the Court's ECF system, sending notification to all counsel of record.

                                /s/ *Mark V. Dugan*